# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| KATIE MCGEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | NO.  1:20-CV-037-H |
| | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Pursuant to 9 U.S.C. § 4, Defendant Walmart Inc f/k/a Wal-Mart Stores, Inc. ("Defendant"), files this Motion to Compel Arbitration as to the claims asserted by Plaintiff Katie McGee ("Plaintiff") against Defendant.  The facts and law supporting this Motion are set forth more fully in the accompanying Brief in Support of Defendant's Motion to Compel Arbitration, which is incorporated herein by reference.

The grounds for Defendant's Motion are: (1) a valid and enforceable agreement to arbitrate exists between the parties; and (2) the claims asserted by Plaintiff are within the scope of the parties' agreement to arbitrate.  Therefore, Plaintiff's claims should be compelled to arbitration and this lawsuit should be stayed pending completion of the arbitration.

DATED: April 10th, 2020                               Respectfully submitted,


                                                      By: /s/*Jennette E. DePonte*
                                                          Jennette E. DePonte
                                                          Texas Bar No. 00795935
                                                          Jackson Lewis, P.C.
                                                          Ross Tower
                                                          500 N. Akard, Suite 2500
                                                          Dallas, Texas 75201
                                                          Tel: (214) 520-2400
                                                          Fax: (214) 520-2008
                                                          Jennette.DePonte@jacksonlewis.com

                                       **COUNSEL FOR DEFENDANT**


## CERTIFICATE OF CONFERENCE

I hereby certify that on March 23, 2020, I conferred with Plaintiff's Counsel during the Fed. R. Civ. P. 26(f) conference about this Motion and Plaintiff is opposed.

                                                       /s/ Jennette E. DePonte
                                                       Jennette E. DePonte

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this 10th day of April, 2020.

                                                       /s/*Jennette E. DePonte*
                                                       Jennette E. DePonte


4830-8149-1641, v. 1